# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION OF CENTRAL DISTRICT

| | |
|---|---|
| WEEAM MOHAMMAD, an individual, | Case No: 5:17-cv-01096-JGB(SPx) |
| Plaintiff, | **ORDER DISMSSING ACTION WITH PREJUDICE** |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC., a corporation; DIVERSIFIED ADJUSTMENT SERVICE, INC., a corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the parties' joint stipulation this court hereby dismisses this action with prejudice. Each party to bear its own fees and costs.

IT IS SO ORDERED.

DATE: May 2, 2018

_____
UNITED STATES DISTRICT JUDGE

1
ORDER DISMISSING ACTION WITH PREJUDICE
CASE NO. 5:17-cv-01096-JGB(SPx)